# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>United States Postal Service Priority Mail 2-Day parcel bearing tracking number "9505 5162 1416 1195 7061 67" | ) ) ) ) ) ) Case No.   7:21mj89 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail 2 Day parcel bearing tracking number "9505 5162 1416 1195 7061 67"
Addressed to: Jacara Taylor, 2012 Tinker Dr. NE, Roanoke, VA 24012

located in the __Western__ District of __Virginia__, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances and/or proceeds from drug trafficking

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC 841(a)(1) | Distribution of a controlled substance |
| 21 USC 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:
As set forth in the attached affidavit of Task Force Officer Frank H. Figgers, III

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Frank H. Figgers, III*
*Applicant's signature*

Frank H. Figgers, III, Task Force Officer, USPIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date:  July 20, 2021

*Robert S. Ballou*
*Judge's signature*

City and state:   Roanoke, Virginia            Robert S. Ballou, United States Magistrate Judge
*Printed name and title*